*E-Filed 2/24/09*

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

· NORTHERN DISTRICT OF CALIFORNIA

8  ELAINE L. CHAO, Secretary of Labor
   United States Department of Labor

9                    Petitioner,

*CV 08 80215MISC*  *JF*

CASE NO.

10            v.

ORDER TO SHOW CAUSE

11  BLUE WAVE HOLDINGS, L.L.C. a corporation;
    and MONSTER MAGIC, L.L.C., a corporation,

(Regarding Enforcement
of Administrative
Subpoenas *Duces Tecum*)

12

13                   Respondents.

14

15      Petitioner, ELAINE L. CHAO, Secretary of Labor, United States

16 Department of Labor, has, pursuant to Section 9 of the Fair Labor

17 Standards Act of 1938, as amended, ("FLSA"), 29 U.S.C. 209, applied

18 to this Court for an Order requiring Respondents Blue Wave Holdings,

19 L.L.C., a corporation, and Monster Magic, L.L.C., a corporation, to

20 appear (by representative) and produce the records, papers, and

21 documents set forth in an administrative subpoena *duces tecum* issued

22 by the Regional Administrator, Wage and Hour Division, Employment

23 Standards Administration, United States Department of Labor, and

24 duly served upon the Respondents.

25      Having considered the matters set forth in the Secretary's

26 pleadings herein, it is hereby

27      ORDERED that Respondents, Blue Wave Holdings, L.L.C. and

28 Monster Magic, L.L.C., appear and SHOW CAUSE, if any there be, why

Order to Show Cause

1 │ the Respondents should not be ordered by this Court to comply with

2 │ the administrative subpoenas *duces tecum* issued to the Respondents

3 │ by the Regional Administrator, Wage and Hour Division, Employment

4 │ Standards Administration, United States Department of Labor, under

5 │ the date of October 29, 2007 (the originals of which are Exhibits 1

6 │ and 2 to the "Declaration of Regional Administrator George Friday

7 │ in Support of the Petition for the Enforcement of an Administrative

8 │ Subpoena *Duces Tecum;*" said declaration being Exhibit A to the

9 │ within petition); and

10 │ IT IS FURTHER ORDERED that Respondents serve (and file with the

11 │ Clerk of this Court) no later than            March 23, 2009

12 │ a response to said Petition, specifically admitting or denying each

13 │ allegation of said Petition and setting forth the cause, if any

14 │ there be, why said Petition should not be granted; and

15 │ IT IS FURTHER ORDERED that Respondents, Blue Wave Holdings,

16 │ L.L.C., and Monster Magic, L.L.C., appear at a hearing before the

17 │ HONORABLE       Jeremy Fogel        , United States District Judge of

18 │ the Court, to be held on said Petition on the 3rd    day of

19 │     April    , 2009   at   nine  o'clock a.m.      ; and

20 │ IT IS FURTHER ORDERED that the Secretary serve, or cause to be

21 │ served, on Respondents, Blue Wave Holdings, L.L.C. and Monster

22 │ Magic, L.L.C.. a copy of this Order To Show Cause and a copy of the

23 │ Petition (and supporting documents) filed herein.

24 │ DATED this _23rd_ day of February, 2009   .

25 │

26 │

27 │ JEREMY FOGEL
   │ UNITED STATES DISTRICT JUDGE

28 │