**E-Filed 3/30/09**

LAWRENCE BREWSTER, Regional Solicitor
DAVID M. KAHN, Counsel for ESA Programs
LEON PASKER, Trial Attorney
Hawaii State Bar No. 08505
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7743
Facsimile: (415) 625-7772
email:pasker.leon@dol.gov

Attorneys for Plaintiff, Hilda L. Solis, Secretary
United States Department of Labor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, <br><br> Petitioner, <br><br> v. <br><br> BLUE WAVE HOLDINGS, L.L.C., a corporation; and <br> MONSTER MAGIC, L.L.C. a corporation, <br><br> Respondents. | Case No.: 5:08-mc-80215-JF <br><br> [Proposed] <br> Order Continuing Hearing on Order to Show Cause <br><br> (Regarding Enforcement of Administrative Subpoena *Duces Tecum*) |

The COURT having considered the request for Petitioner's Request for Continuance of the Hearing on the Order to Show Cause, and no opposition being filed,

IT IS ORDERED that the Petitioner's Request for Continuance of the Hearing on the Order to Show Cause is GRANTED.

IT IS FURTHER ORDERED that the Respondents serve (and file with the Clerk of this Court) no later than _____May 18, 2009_____, a response to the underlying Petition for Enforcement of Administrative Subpoena *Duces Tecum*; and

[Proposed] *Order Continuing Order to Show Cause*    1

1   IT IS FURTHER ORDERED that the Respondents Blue Wave Holdings, L.L.C., and
2   Monster Magic, L.L.C., appear at a hearing before the Honorable Jeremy Fogel, United States
3   District Judge, to be held on said Petition on the ___29th___ day of ___May___, 2009 at
4   ___9:00 AM___; and
5   IT IS FURTHER ORDERED that the Secretary serve, or cause to be served, on
6   Respondents Blue Wave Holdings, L.L.C. and Monster Magic, L.L.C., a copy of this Order
7   Continuing Hearing on Order to Show Cause, as well as a copy of the underlying Petition (and
8   supporting documents) filed herein.
9   DATED this ___30th___ day of ___March___, 2009.

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

~~Proposed~~ *Order Continuing Order to Show Cause*   2