LAWRENCE BREWSTER, Regional Solicitor
DAVID M. KAHN, Counsel for ESA Programs
LEON PASKER, Trial Attorney
Hawaii State Bar No. 08505
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7743
Facsimile: (415) 625-7772
email:pasker.leon@dol.gov

Attorneys for Plaintiff, Hilda L. Solis, Secretary
United States Department of Labor

**E-Filed 5/27/09**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>BLUE WAVE HOLDINGS, L.L.C., a corporation; and<br>MONSTER MAGIC, L.L.C. a corporation,<br><br>Respondents. | Case No.: 5:08-mc-80215-JF<br><br>[Proposed]<br>Order Granting Withdrawal Without Prejudice of Petition for Enforcement of Two Administrative Subpoenas Duces Tecum and Removing Hearing on Order to Show Cause from Hearing Calendar<br><br>(Regarding Enforcement of Administrative Subpoena *Duces Tecum*) |

The COURT having considered the Petitioner's Motion for Withdrawal Without Prejudice of Petition for Enforcement of Two Administrative Subpoenas Duces Tecum and Removing Hearing on Order to Show Cause from Hearing Calendar, and no opposition being filed,

IT IS ORDERED that the Petitioner's Motion for Withdrawal Without Prejudice and Request to Remove the Hearing from the hearing calendar at 9:00 a.m. on

1 | May 29, 2009, are GRANTED.

2 |     DATED this __27th__ day of __May__, 2009.

3

4 |                             _____

5 |                             UNITED STATES DISTRICT JUDGE

*Proposed Order Motion for Withdrawal of Petition*  2